■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUANE L. LOYD, Appellant. (Appeal No. 1.) [940 NYS2d 516]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered April 14, 2010. The judgment convicted defendant, upon his plea of guilty, of robbery in the third degree and criminal possession of a weapon in the third degree.

Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered April 14, 2010. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the fourth degree and attempted forgery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Lindley and Martoche, JJ.